UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ARNOLD S. PETERS,

     Plaintiff(s),

 v.

OAKLAND HOUSING AUTHORITY, et al.,

     Defendant(s).
_____/

No. C 06-2561 MHP

**ORDER STRIKING FILING**

  Plaintiff has submitted a document entitled "Instant Defaulted by Defendants 2000 ..." in this action purporting to add a number of defendants. The complaint in this action was dismissed by order of this court filed on May 26, 2006. There is no basis for filing any further papers in this action. No leave to amend was granted since the complaint was incomprehensible, nonsensical and made claims that were wholly devoid of merit. See Order Dismissing Complaint, May 26, 2006 (copy attached).

  Therefore, the Clerk of Court is instructed to merely stamp the March 4, 2008 document as "Received" and if the record now reflects that it has been "Filed" to unfile same.

  Plaintiff is instructed that this action is closed and that no further filings will be received in this action. If plaintiff continues to file the same spurious complaints, the court will deem him a vexatious litigant subject to prefiling review.

  IT IS SO ORDERED.

Dated: March 6, 2008

                MARILYN HALL PATEL
                Judge
                United States District Court
                Northern District of California